IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Robert G | Case Number: 06 B 09566 |
| | Judge: Hollis, Pamela S |
| Printed: 3/25/08 | Filed: 8/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 28, 2008
Confirmed: October 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,910.00 |  |
| Secured: |  | 2,000.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,524.00 |
| Trustee Fee: |  | 238.47 |
| Other Funds: |  | 1,147.53 |
| Totals: | 5,910.00 | 5,910.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,524.00 | 2,524.00 |
| 2. | Triad Financial Services | Secured | 9,765.47 | 2,000.00 |
| 3. | Option One Mortgage Corp | Secured | 2,900.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 5,041.80 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 9,744.94 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 9,709.39 | 0.00 |
| 7. | Collection Company Of America | Unsecured | | No Claim Filed |
| 8. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 9. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 11. | Wexler & Wexler | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 39,685.60 | $ 4,524.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 149.95 |
| 5.4% | 88.52 |
|  | _____ |
|  | $ 238.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Johnson, Robert G | Case Number:  06 B 09566 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/25/08 | Filed:  8/7/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

